UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOBIAS MEYERHOFF and BIANCA
MEYERHOFF, husband and wife,

                       Plaintiffs,

    -against-

KIMPTON HOTELS & RESTAURANT
GROUP LLC, and KIMPTON GROUP
HOLDING, LLC,

                       Defendants.

Docket No. 13 CIV 8249 (PO)

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the plaintiff and defendant in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice without costs to either party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: February _____, 2015

Ronald J. Katter, Esq.   ( Rik 5060 )
**KATTER LAW FIRM**
Attorneys for Plaintiffs
228 East 45th Street, Suite 1700
New York, New York 10017
(212) 809-4293

Dated: February _18_, 2015


_____
Jules Zacher, Esq.
**JULES ZACHER, PC**
Attorneys for Plaintiffs
1601 Walnut Street, Suite 707
Philadelphia, Pennsylvania 19102
(215) 988-0160


Dated: February _____, 2015


_____
Lawrence J.T. McGivney, Esq.
**MCGIVENEY & KLUGER, P.C.**
Attorneys for Defendants
KIMPTON HOTELS & RESTAURANT GROUP LLC,
KIMPTON GROUP HOLDING, LLC,
80 Broad Street, 23rd floor
New York, NY  10004
(212) 509-3456